UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURY A. SINGER,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Defendants. | Case No.  2:20-cv-01556-GMN-EJY<br><br>ORDER |

**I.　DISCUSSION**

　　Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), and proceeding *pro* se, initiated this case with a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.)  Upon review, the Court notes that Plaintiff did not sign complaint. (*Id*).  Under Rule 11 of the Federal Rules of Civil Procedure, a plaintiff who is not represented by counsel is required to sign every pleading, including a complaint. Fed. R. Civ. P. 11(a).  Because Plaintiff did not sign the complaint, the Court cannot consider it.

　　As such, the Court grants Plaintiff leave to file a fully complete and signed first amended complaint within 30 days.  If Plaintiff does not file a complete, signed, first amended complaint, the court will dismiss this case without prejudice.

　　If Plaintiff chooses to file an amended complaint, he is advised that an amended complaint supersedes (replaces) the original complaint, and, thus, the amended complaint must be complete in itself.  *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal).  Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes

to pursue in this lawsuit. Moreover, Plaintiff must file the amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

## II.  CONCLUSION

For the foregoing reasons, it is ordered that, the Court will not consider Plaintiff's unsigned complaint.

It is further ordered that if Plaintiff chooses to file an amended complaint, Plaintiff will file the amended complaint within 30 days from the date of entry of this order.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his complaint, (ECF No. 1-1). If Plaintiff chooses to file an amended complaint, he must use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that, if Plaintiff does not timely file a complete, signed, amended complaint, the Court will dismiss this case without prejudice.

DATED THIS  11  day of June 2021.

Gloria M. Navarro, Judge
United States District Court