UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MAURY A. SINGER,<br><br>            Plaintiff,<br><br>     v.<br><br>BRIAN WILLIAMS, et al.,<br><br>            Defendants. | Case No. 2:20-cv-01556-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time to file a Reply to his Motion for Summary Judgment (ECF No. 37). The deadline for Plaintiff to file his Reply is two days from today—October 13, 2023.

Accordingly, IT IS HEREBY ORDERED that Defendants must file a Notice advising the Court whether they intend to oppose Plaintiff's Motion for Extension no later than **12 noon on October 12, 2023**. If Defendants intend to oppose Plaintiff's Motion, the Opposition must be filed no later than Monday, October 16, 2023. The reply in support of the Motion for Extension, if any, is due October 23, 2023.

Dated this 11th day of October, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1